IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARLYN J. EASTMAN,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>COUNTY OF SHERIDAN, et al.  )<br>)<br>Defendants.  ) | 7:07CV5004<br><br>ORDER |

This matter is before the court on the defendants' motion (Filing No. 37) to reschedule the telephone planning conference currently set for October 29, 2007, at 10:00 a.m. Central Daylight Time. Upon consideration,

**IT IS ORDERED:**

1. The defendants' motion to reschedule the telephone planning conference (Filing No. 37) is granted as set forth below.

2. The **telephone** planning conference with the undersigned magistrate judge is rescheduled to **November 5, 2007** at **10:00 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 21st day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge