## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARLYN J. EASTMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | 7:07CV5004 |
| vs. ) | |
| ) | ORDER |
| COUNTY OF SHERIDAN, et al., ) | |
| ) | |
| Defendants. ) | |

Upon the oral request of counsel for the parties, the **telephone**planning conference with the undersigned magistrate judge is rescheduled to **November 2, 2007** at **10:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 22nd day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge