IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARLYN J. EASTMAN, Personal Representative of the Estate of the Deceased, and LINO LOWELL SPOTTED ELK JR., Deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 7:07CV5004 |
| v. | ) ) | |
| COUNTY OF SHERIDAN, a Nebraska Political Subdivision, LEVI MCKILLET, in his Individual and Official Capacity, and DOES 1-5, in Their Individual and Official Capacities, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Before the court is the motion to dismiss, Filing No. 46, filed by the defendants in this case. Defendants filed this motion requesting that the court dismiss the second amended complaint or to require plaintiffs to make the complaint more definite and certain. Thereafter, plaintiffs moved to file a third amended complaint and the court granted this request. Filing Nos. 55 and 58. The defendants have now filed a motion to strike or dismiss the third amended complaint, Filing No. 59, but that motion is not yet ripe. Accordingly, the court will dismiss the motion to dismiss, Filing No. 46, as moot.

THEREFORE, IT IS ORDERED that defendants' motion to dismiss, Filing No. 46, is denied as moot.

DATED this 28th day of November, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge