IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARLYN J. EASTMAN, Personal Representative of the Estate of LINO LOWELL SPOTTED ELK, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SHERIDAN, LEVI MCKILLET and DOES 105, <br><br> Defendants. | 7:07CV5004 <br><br> ORDER |

This matter is before the court on the plaintiff's motion for a telephonic status conference to re-establish deadlines for completion of discovery, the pretrial conference and trial to a jury (Filing No. 96).

**IT IS ORDERED:**

1. The plaintiff's motion for a telephonic status conference (Filing No. 96) is granted.

2. A **telephone** status conference with the undersigned magistrate judge is scheduled to **March 13, 2009, at 10:00 a.m.** Plaintiff's counsel shall initiate the telephone conference.

DATED this 12th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge