IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARLYN J. EASTMAN, Personal Representative of the Estate of LINO LOWELL SPOTTED ELK, JR. | ) ) ) ) | |
| Plaintiff, | ) ) | 7:07CV5004 |
| v. | ) ) | ORDER |
| COUNTY OF SHERIDAN, et al., | ) ) | |
| Defendants. | ) | |

Upon notice of settlement given to the court on May 6, 2010 by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before June 7, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 41.1.

3. The trial previously scheduled is cancelled upon the representation that this case is settled.

DATED this 6th day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge