IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARLYN J. EASTMAN,<br>Personal Representative of the Estate of<br>LINO LOWELL SPOTTED ELK, JR. | )<br>)<br>)<br>) | |
| Plaintiff, | ) | 7:07CV5004 |
| v. | )<br>) | ORDER |
| COUNTY OF SHERIDAN, et al., | )<br>) | |
| Defendants. | ) | |

This matter is before the court after a telephonic hearing on May 7, 2010. Maren L. Chaloupka represented the plaintiff and Kristine Cecava represented the defendants. The parties confirmed settlement has been reached on all issues in this case. Accordingly,

**IT IS ORDERED that:**

1. **On or before August 2, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. The plaintiff's Motion to Enforce Settlement (Filing No. 140) is denied as moot.

DATED this 7th day of May, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge